IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


WILLIAM ROKER,

    Plaintiff,

v.                                                        CASE NO. 1:07-cv-00010-MP-AK

JAMES MCDONOUGH,
J WITT,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, doc. 1, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the issue raised by the plaintiff -- whether it is constitutional to require inmates to be clean shaven against their religious beliefs – has been decided adversely to the plaintiff's positions in numerous cases.

Accordingly, it is hereby,

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     Plaintiff's complaint, doc. 1, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3.     The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.     Plaintiff's motions for injunctive relief (docs. 7, 20 and 21) are DENIED, and

      plaintiffs motion to amend (doc. 33) and for leave to file excess pages (doc. 34) are DENIED as futile.

5.     The Clerk is directed to close this case.

**DONE AND ORDERED** this  *26th*  day of September, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
